IN THE UNITED STATES DISTRICT COURT
FROM THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALEXANDER SHAW, IV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:04CV1039 |
| | ) |
| JOHN E. POTTER, Postmaster General, | ) |
| UNITED STATES POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

## ORDER AND JUDGMENT

For the reasons discussed in the Memorandum Opinion filed contemporaneously herewith, IT IS ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Summary Judgment [Document #10] is GRANTED and this case is DISMISSED WITH PREJUDICE.

This, the 14th day of March, 2006.

_____
United States District Judge